755 A.2d 662

W. Sundiata FERRELL and A. Saladeen Martin

v.

Martin HORN, Secretary et al.

Petition of W. Sundiata Ferrell.

Supreme Court of Pennsylvania.

March 16, 2000.

W. Sundiata Ferrell, for petitioner.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of March, 2000, it appearing that the petition for allowance of appeal was improvidently filed, pursuant to Pa.R.A.P. 1103 the matter is hereby transferred to the appeal docket to be treated as a direct appeal.